**Yitzchak Zelman, Esq.**
California Bar No. 350053
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(732) 695-3282
yzelman@marcuszelman.com
Attorney for Plaintiff

**Joel D. Brodfuehrer, Esq.**
jbrodfuehrer@grsm.com
**Kendra S. Canape, Esq.**
kcanape@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
(949) 255-6950
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHEAL WRIGHT,<br><br>　　　　　Plaintiff,<br>　v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>　　　　　Defendants. | Case No.  3:25-cv-02715-CRB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff Racheal Wright and Defendant IQ Data International, Inc. by and through their respective undersigned counsel hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant IQ Data International, Inc. with each party to bear its own attorney's fees and costs.

DATED: October 21, 2025        /s/ Yitzchak Zelman
                                              Yitzchak Zelman, Esq.
                                              Attorney for Plaintiff

DATED: October 21, 2025        /s/ Joel D. Brodfuehrer
                                              Joel D. Brodfuehrer Esq.
                                              /s/ Kendra S. Canape
                                              Kendra S. Canape, Esq.
                                              Attorneys for Defendant

# CERTIFICATE OF SERVICE

The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 21st day of October 2025, to the following counsel of record:

**Joel Brodfuehrer**
Gordon Rees Scully Mansukhani
5 Park Plaza, Suite 1100
Irvine, CA 92614
Email: jbrodfuehrer@grsm.com
*ATTORNEY TO BE NOTICED*

**Kendra S. Canape**
Gordon Rees Scully Mansukhani LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
(949) 255-6950
Email: kcanape@grsm.com
*ATTORNEY TO BE NOTICED*

Dated: October 21, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHEAL WRIGHT,<br><br>   Plaintiff,<br><br>   v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>   Defendants. | Case No.  3:25-cv-02715-CRB |

## ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Plaintiff and Defendant IQ Data International, Inc. have asked this Court to dismiss all claims against Defendant IQ Data International, Inc. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that the Stipulation of Dismissal is GRANTED, and all claims are to be dismissed with prejudice against Defendant IQ Data International, Inc.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

Dated this __27th__ day of __October__, 2025

_____

HONORABLE CHARLES R. BREYER